IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CRYSTAL LONG,<br><br>　　　　　Plaintiff,<br>V.<br><br>PENDRICK CAPITAL PARTNERS II, LLC,<br><br>ABILITY RECOVERY SERVICES, LLC,<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　AND<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendants. | **Civil Action No.**<br><br>**8:17-cv-01955-GJH** |

**DEFENDANT, ABILITY RECOVERY SERVICES, LLC'S DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTERESTS**

AND NOW comes Defendant, Ability Recovery Services, LLC ("ARS"), by and through its undersigned counsel, and respectfully makes these disclosures in accordance with L.R. 103.3:

(a)　<u>Corporate Affiliation</u>:  None.

(b)　<u>Financial Interests in Outcome of Litigation</u>:  The undersigned is not aware of any other entities which may have a financial interest in the outcome of this litigation.

1

Respectfully submitted,

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

By:     /s/ Armand J. Della Porta, Esq.
       Armand J. Della Porta, Esquire (# 28612)
       1007 N. Orange Street, Suite 600
       P.O. Box 8888
       Wilmington, DE  19899
       (302)552-4323
       ajdellaporta@mdwcg.com
       Attorneys for Defendant Ability Recovery Service, LLC

Dated: July 28, 2017

## CERTIFICATE OF SERVICE

I certify that on this day I served a copy of the foregoing document to all counsel by CM/ECF, which service satisfies the Federal Rules of Civil Procedure.

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

By:     /s/ Armand J. Della Porta, Esq.

Dated: July 28, 2017

LEGAL/111766340.v1

2