The Goldson Law Office
1734 Elton Rd. Suite 210 | Silver Spring, MD 20903
Tel 240-780-8829 | Fax 877-397-0707
Ingmar Goldson – igoldson@goldsonlawoffice.com
www.goldsonlawoffice.com



___

September 8, 2017

The Honorable George Jarrod Hazel
United States District Court
6500 Cherrywood Ln.
Greenbelt, MD 20770

    Re: Long v. Pendrick Capital Partners II, LLC et al.
    Civil Case No. 8:17-cv-01955-GJH

Dear Judge Hazel,

    Pursuant to the scheduling order filed August 25, 2017, this letter reports that there is <u>not</u> unanimous consent to proceed before a United States Magistrate Judge. Further, please take notice of Counsel's reporting regarding the other September 8, 2017 deadlines:

1. <u>Modification of Initial Scheduling Order</u>. Plaintiff's counsel is not aware of any party's request to modify the initial Scheduling Order.

2. <u>Joint ADR Request</u>. Counsel do not consent to an early settlement/ADR conference.

3. <u>ESI Conference</u>. Counsel do not anticipate any problems exchanging ESI.

                                      Sincerely,

                                  /s/ Ingmar Goldson
                              Ingmar Goldson
                              The Goldson Law Office
                              1734 Elton Rd. Suite 210
                              Silver Spring, MD 20903
                              igoldson@goldsonlawoffice.com