**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Southern Division**

| | | |
|---|---|---|
| **CRYSTAL LONG,** | * | |
| | * | |
| Plaintiff, | * | Case No.: GJH-17-1955 |
| | * | |
| v. | * | |
| | * | |
| **PENDRICK CAPITAL PARTNERS II,** | | |
| **LLC,** *et al.* | * | |
| | * | |
| **Defendants.** | * | |

* * * * * * * * * * * * *

## ORDER

Defendant Ability Recovery Services, LLC ("Ability") requests a sixty-day extension to the Court's pretrial scheduling order so that it may conduct additional discovery and issue subpoenas to Plaintiff Crystal Long's employer regarding damage allegations set forth in Plaintiff's Amended Complaint, ECF No. 2. *See* ECF No. 37. The Court has previously extended the discovery deadlines by forty-five days to February 22, 2018, and dispositive pretrial motions are currently due by March 23, 2018. *See* ECF No. 30.

Pursuant to Federal Rule of Civil Procedure 16(b)(4), a pretrial scheduling order "may be modified only for good cause and with the judge's consent." Moreover, the Court's scheduling order explicitly states that "the schedule will not be changed except for good cause." ECF No. 23. "[G]ood cause exists where the moving party has diligently made efforts to meet the court imposed deadlines." *Tawwabb v. Virginia Linen Service, Inc.*, 729 F. Supp. 2d 757, 768 (D. Md. 2010). Ability has not expressly stated that it has good cause for an extension, let alone suggested that any new information or intervening events justify its failure to seek information from Plaintiff's employer within the existing time for discovery. Plaintiff's Amended Complaint, filed on July 17, 2017, clearly alleges that Ability's conduct has negatively affected her

employment, thus Ability has been aware of the potential relevance of this information since the beginning of the case. As such, the Court is unable to find that good cause exists.

Therefore, it is hereby **ORDERED**, by the United States District Court for the District of Maryland, that Ability's Motion for Extension of Time to Complete Discovery, ECF No. 37, is **DENIED.**

Dated: March 16, 2018

GEORGE J. HAZEL
United States District Judge