IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| Crystal Long | * | |
| | * | |
| Plaintiff, | * | Case No.: 8:17-cv-01955-GJH |
| | * | |
| v. | * | |
| | * | |
| Pendrick Capital Partners II, LLC, et al. | * | |
| | * | |
| Defendants. | * | |
| | * | |

# ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

THIS CAUSE having come to be heard on Plaintiff's Motion for Partial Summary Judgment, and any response thereto, and for good cause being shown, it is hereby:

ORDERED that said Motion be and the same is hereby GRANTED; and it is further ORDERED that Summary Judgment is hereby granted in Plaintiff's favor as to the following Counts of Plaintiff's Amended Complaint:

**Count I** (Violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b)); and

**Count III** (Violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692e and f)

Date: _____           _____
                                            Judge George J. Hazel