**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| Crystal Long | * | |
| | * | |
| Plaintiff, | * | Case No.: 8:17-cv-01955-GJH |
| | * | |
| | * | |
| | * | |
| v. | * | |
| | * | |
| | * | |
| Ability Recovery Services, LLC, et al. | * | |
| | * | |
| Defendants. | * | |

**<u>ORDER</u>**

It is hereby ORDERED and DECREED this _____ day of _____, 2018 that the Consent Motion Regarding Extension of Deadlines Pertaining to Dispositive Pretrial Motions is GRANTED whereby the date for Ability Recovery Services, LLC and Pendrick Capital Systems II, LLC to file Motions for Summary Judgment and responses to Plaintiff's Partial Motion for Summary Judgment is extended to April 20, 2018, the date for Plaintiff to file a reply brief regarding her Partial Motion for Summary Judgment and responses to Defendants' Motions for Summary Judgment is extended to May 7, 2018 and the date for Defendants to file replies to Plaintiff's responses to their Motions for Summary Judgment is extended to May 21, 2018

SO ORDERED

_____
HONORABLE GEORGE JARROD HAZEL
UNITED STATES DISTRICT JUDGE