**TABLE OF CONTENTS**

I. **INTRODUCTION**……………………………………………………………..….2

II. **STATEMENT OF UNDISPUTED FACTS AND OPPOSITION TO PLAINTIFF'S STATEMETN OF MATERIAL FACTS**…………………………4

III. **STANDARD OF REVIEW**…………………………………………….………7

IV. **ARGUMENT**……………………………………………………………………7

   1. **Summary Judgment Should Be Granted In Favor of Ability as to Plaintiff's FCRA Claims And Plaintiff's Motion for Summary Judgment on Her FCRA Claims Should Be Denied**……………………………………………………………...7

      A. There is no private right of action under 15 U.S.C. § 1681s-2(a)………..………7

      B. Long has not provided evidence to show that Ability failed to conduct reasonable investigations of her disputes of the debt………………………….8

      C. Ability's investigations of the disputes received from the CRAs regarding the debt were reasonable……………………………………………………………..9

      D. Long's claim for a negligent violation of the FCRA fails as she has not provided any evidence of actual damages…………………………….....…...……..12

      E. Ability's investigations of the disputes received from the CRAs cannot constitute a willful violation of the FCRA…………………………...……….16

   2. **Summary Judgment Should Be Granted In Favor of Ability as to Plaintiff's Common Law Defamation Claim**…………………………………………..…..17

   3. **Summary Judgment Should Be Granted In Favor of Ability as to Plaintiff's FDCPA Claims And Plaintiff's Motion for Partial Summary Judgment on Her FDCPA Claims Should Be Denied**…………………………………………..19

    A. Long's 15 U.S.C. § 1692f claim against Ability fails as a matter of law because it is covered by her § 1692e(10) claim……………………………..…………..…19

    B. Summary judgment should be granted in favor of Ability on Long's 15 U.S.C. § 1692e(10) claim because Ability did not use any false, deceptive or misleading statements during its attempts to recover the debts……………………..…..…….20

**4. Summary Judgment Should Be Granted In Favor of Ability as to Plaintiff's MCDCA Claims**……………………………………………………………..……..23

    Long's MCDCA §§ 14-202(3) and 14-202(8) claims against Ability fail because Ability possessed a right to collect the debts and did not have actual knowledge or a reckless disregard of lacking the right to do so…………...23

**5. Summary Judgment Should Be Granted In Favor of Ability as to Plaintiff's MCPA Claim**……………………………………………………………………….26

    Long's MCPA claim against Ability fails because Ability did not violate the MCDCA and Ability's collector, Mark Carlson, did not tell Long that Ability was not going to report the debt to the CRAs………………………26

**6. Any Damages Awarded to Long For Violations Of the FDCPA, MCDCA or MCPA should be limited to Statutory Damages**……………………………………….………27

    Long has failed to sufficiently articulate non-economic damages…………....27

**V.   CONCLUSION**…………………………………………………………………..29

# TABLE OF AUTHORITIES

**CASES**

*Adickes v. S.H. Kress & Co.*, 398 U.S. 144 (1970)……………………………………………………5

*Akalwadi v. Risk Mgmt. Alts., Inc.*, 336 F.Supp.2d 492 (D.Md. 2004)…………………………..24

*Alston v. Orion Portfolio Servs., LLC*, 2018 U.S. Dist. LEXIS 63171 (D. Md. Apr. 12, 2018)……………………………………………………………………………………………..5, 8, 9, 27

*Alston v. United Collections Bureau, Inc.*, 2014 U.S. Dist. LEXIS 27124 (D. Md. Mar. 4. 2014)……………………………………………………………………………………...…..8, 10, 20

*Am. Arms Int'l v. Herbert*, 563 F.3d 78 (4th Cir. 2009)…………………………………………….16

*Anderson v. Liberty Lobby, Inc.,* 477 U.S. 242 (1986)……………………………………...…….5

*Ausar El v. Barclay Bank Delaware*, 2012 U.S. Dist. LEXIS 106572 (D. Md. July 31,2012)….10

*Baptiste v. Capital One Bank (USA), N.A.*, No. JKB-11-3535, 2012 U.S. Dist. LEXIS 65901 (D. Md. May 10, 2012)……………………………………………………………………………....21

*Beachley v. PNC Bank, N.A.*, 2011 U.S. Dist. 94236 (D. Md. Aug. 23, 2011)……………......17

*Beuster v. Equifax Information Services*, 435 F. Supp. 2d 471 (D. Md. Jun. 15, 2006)………....17

*Capital-Gazette Newspapers, Inc. v. Stack*, 293 Md. 528, 445 A.2d 1038 (Md. 1982)………......17

*Craighead v. Nissan Motor Acceptance Corp.*, 2010 U.S. Dist. LEXIS 132123 (E.D. Va. Dec. 14, 2010)……………………………………………………………………………………………...10

*Damiani v. Fargo*, 2018 U.S. Dist. LEXIS 60548 (D.N.J. Apr. 10, 2018)……………………….7

*Daugherty v. Ocwen Loan Servicing, LLC*, 701 Fed. Appx. 246 (4th Cir. July 26, 2017)……….16

*Davenport v. Sallie Mae, Inc.*, 124 F.Supp. 3d 574 (D. Md. June 5, 2015)……………..12, 15, 27

*Doe v. Chao*, 306 F.3d 170 (4th Cir. 2002)……………………………………………………27

*Finley v. Ocwen Loan Servicing, LLC*, 2018 U.S. LEXIS 59920 (N.D. Ohio Apr. 9, 2018)….....19

*Green v. Rosenberg & Assocs., LLC*, 2018 U.S. Dist. LEXIS 37021 (D. Md. Mar. 7, 2018)…...10

*Hopkins v. State*, 193 Md. 489, 69 A.2d 456 (1950)…………………………………….....23

*Huertas v. Galaxy Asset Mgmt.*, 641 F.3d 28 (3rd Cir. 2011)……………………………….7

*Jackson v. Warning*, 2016 U.S. LEXIS 172589 (D. Md. Dec. 13, 2016)………………………..17

*Johnson v. MBNA America Bank, NA*, 357 F.3d 426 (4th Cir. 2004)…………………….…10

*Knudson v. Wachovia Bank*, 513 F. Supp. 2d 1255 (M.D. Ala. 2007)……………………....8

*Lembach v. Bierman*, 528 F.App'x 297 (4th Cir. 2013)……………………………………….24

*Lewis v. McCabe, Weisberg & Conway, LLC*, 2014 U.S. Dist. LEXIS 106220, 2014 (D. Md. Aug. 4, 2014)……………………………………………………………………………………….24

*Mavilla v. Absolute Collection Service, Inc.*, 539 Fed. Appx 202, 2013 WL 4799313 (4th Cir. 2013)……………………………………………………………………………………20, 21

*Meaney v. Nationstar Mortg.*, 2018 U.S. Dist. LEXIS 28364 (D. Md. Feb. 21, 2018)………….10

*New York Times v. Sullivan*, 376 U.S. 254, 84 S. Ct. 710, 11 L. Ed. 2d 686 (1964)…………..17

*Newton v. Portfolio Recovery Assoc., LLC*, 2014 U.S. Dist. LEXIS 11490 (S.D. Ohio Jan. 30, 2014)……………………………………………………………………………………………..19

*Phillips v. Trans Union, LLC*, 2017 U.S. Dist. LEXIS 144232 (W.D. Va. Sept. 6, 2017)………11

*Price v. Murdy*, 2018 U.S. Dist. LEXIS 55887 (D. Md. Mar. 30, 2018)………………………...24

*Safeco Ins. Co. of Am. v. Burr*, 551 U.S. 47, 127 S. Ct. 2201, 167 L. Ed. 2d 1045 (2007)……...16

*Sexton v. Bank of New York Mellon*, 2016 U.S. Dist. LEXIS 98435 (E.D. Ky. Jul. 28, 2016)….19

*Shah v. Collecto, Inc.*, 2005 U.S. Dist. LEXIS 19938 (D. Md. Sept. 12, 2005)………………....24

*Slanina v. United Recovery Sys., LP*, 2011 U.S. Dist. LEXIS 121 (M.D. Pa. 2011)……….....21, 25

*Spector v. Experian Info. Servs. Inc.*, 321 F. Supp. 2d 348 (D. Conn. 2004)…………………....12

*Spencer v. Hendersen-Webb, Inc.*, 81 F. Supp. 2d 582 (D. Md. Dec. 16, 1999)………………...23

*Stevenson v. TRW, Inc.*, 987 F.2d 288, *293 (5th Cir. 1993)……………………………………..16

*Vecchione v. Bay Area Credit Serv.*, 2014 U.S. Dist. LEXIS 169982 (M.D. N.C. Dec. 9, 2014)……………………………………………………………………………………………..16

*Ware v. Bank of America Corp.*, 9 F.Supp. 3d 1329 (N.D. Ga. 2014)…………………….....9

*Williams v. Javitch, Block & Rathbone, LLP*, 480 F. Supp. 2d 1016 (S.D. Ohio Mar. 22, 2007).19

**STATUTES**

15 U.S.C. § 1681s-2(a)……………………………………………………………………………7

15 U.S.C. § 1681s-2(b)…………………………………………………………………..8, 9, 12

15 U.S.C. § 1681s-2(d)…………………………………………………………………….....7

15 U.S.C. § 1681o……………………………………………………………………….…12

15 U.S.C. § 1692e(10)…………………………………………………………...19, 20, 21, 22, 23

15 U.S.C. § 1692f(1)……………………………………………………………………19, 20

15 U.S.C. § 1692g(a)………………………………………………….....4, 21, 22, 23, 24, 25

MCDCA § 14-202(3)…………………………………………………………………...23, 26

MCDCA §14-202(8)….24, 26

**RULES**

Fed. R. Civ. P. 56……………………………………………………………………….....1, 7