# EXHIBIT A-1

**DOCUMENT REDACTED**

# FACT SHEET

```
CRS #:       DF6612                         Client #:    MCTWNP-B
Name:        LONG, CRYSTAL                  EMCARE-RANDALL EMERGENCY P
Address:     5126 SEKOTS RD                 Acct #:      09364750542381960346
City/State:  BALTIMORE, MD 21207            Regarding:
Home Phone:  (443) 627-3774                 Amt Refered:      1125.00
Work Phone:  (000) 000-0000                 Current Bal:      1125.00
Soc Sec No:  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                    Comm Rate:       37.00000%
Employer:                                   Costs:               0.00
                                            Ck Chg/Fee:          0.00
Status:      81  CC REVIEW
Coll Unit:   HA1  HARVARD
Date Last:   08/26/14                       Date Received:   04/01/16
Activity Code:  NU NOT USED
Field1       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
Field2       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
Field3       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

Mobile Phone:  (000) 000-0000      Email Optin:  No
Email Address:
--- Comaker Info ---

Type:        G - EMPLOYER                   Master #:    DF6612-2
Name:        DEPT OF CORRECTIONS
Address:                                    Status:      10  ACTIVE DEBTOR
                                            Employer:
City, St:                         00        SS#:         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
Phone (H) (000) 000-0000 (W) (000) 000-0000 Birthday:    00/00/00
    Comment:
Mobile Phone:  (000) 000-0000      Email Optin:  No
Email Address:

================================================================================

----------PAYMENTS--------------------------TRANSACTIONS--------------
--Date--      Amount    Code   Rate   --DATE--   TIME  AC/RC  ----COMMENT---- ID

04/01/16       0.00      97           11/28/16  19:00  CC/CC  SKIP-1          RAM
                                      06/12/17  12:21  CC/CC  SKIP-2          RAM
                                      06/15/17  15:56  CC/CC  VIEW ONLY       AAL
                                      06/15/17  15:57  CS/10                  AAL
                                      06/15/17  15:58  CC/CC                  AAL
                                        PER SUIT AT ABILITY AND PCPII
                                      06/15/17  16:07  CC/CC                  AAL
                                        NOTIFIED HARVARD TO CLOSE
                                      06/15/17  16:28  CC/CC  VIEW ONLY       AAL
                                      06/15/17  16:29  CC/CC  VIEW ONLY       AAL
                                      06/15/17  16:31  CC/CC  VIEW ONLY       AAL
                                      06/15/17  16:46  CC/CC  VIEW ONLY       MIC
                                      06/15/17  16:59  CC/CC  VIEW ONLY       MIC
                                      06/16/17  16:44  CC/CC  VIEW ONLY       AAL
                                      07/14/17  14:10  CC/CC  VIEW ONLY       AAL
                                      07/18/17  16:54  CC/CC  VIEW ONLY       AAL
                                      07/18/17  16:56  CC/CC  VIEW ONLY       AAL
                                      07/19/17  10:37  CC/CC  VIEW ONLY       AAL
```

```
----------PAYMENTS----------------      --------------TRANSACTIONS--------------
--Date--      Amount    Code    Rate    --DATE--  TIME  AC/RC ----COMMENT----- ID
                                        07/19/17 10:39  CC/CC VIEW ONLY         AAL
                                        07/19/17 11:04  CC/CC VIEW ONLY         AAL
                                        07/19/17 11:20  CC/CC VIEW ONLY         AAL
                                        07/20/17 15:39  CC/CC VIEW ONLY         AAL
```

Date Printed:  Jul 20, 2017

Confidential - Subject to Protective Order                    PCP II 002