# EXHIBIT A-2

**DOCUMENT REDACTED**



```
Collection Resource System              [PCP2]                        Oct 31, 2017
Name:      LONG, CRYSTAL                         Master#    DF6612    SS# 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
Address:   5126 SEKOTS RD                        Birth Day  00/00/00
                                                 Status     81    CC REVIEW
City, St   BALTIMORE         MD 21207            Coll Unit  HA1 HARVARD
Phone (H)  (443) 627-3774   (W) (000) 000-0000   Strategy   None
Employer                                         1 Accounts Totaling      1125.00
 OES                                                                      B/S 000


 Phone#/Received       Name/Address             ID/Zip  Type/Stat  Src/Cons  Switch/Us
>(   ) 000-0000        CRYSTAL LONG             1       N-Debtor   N-Agency  0-Unknow
 11/22/16              12706 FAIRWOOD PKWY      20720   9-BadAdd   0-Unknow  0-Unknow
>(443) 627-3774        LONG, CRYSTAL            2       N-Debtor   N-Agency  2-Cell
 06/06/17                                               0-New      0-Unknow  1-Home




Options:    A dd      T ransaction    S tatus


            U pdate   PF1  to return
```