# EXHIBIT A-3

**DOCUMENT REDACTED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RANDALL EMERGENCY PHYSICIANS | | | TWN | STATEMENT OF ACCOUNT | | (1) | Page 1 |
| PO BOX 13130 | | | | | | | |
| PHILADELPHIA, PA 19101-3130 | | | | Statement Date: 12/02/17 | | | |

TAX ID# 75-2659561
 202314-0936475054238-03
 #BWNJFDB
 #00000TWN19603469#
 CRYSTAL LONG
 5126 SEKOTS RD
 BALTIMORE, MD 21207

| Account Number: | TWN0936475054238 |
|---|---|
| Patient Name: | CRYSTAL LONG |
| Access Code: | 0193-0936475054238 |

Due Date: 12/22/17
Amount You Owe: $0.00

PLEASE REMIT PAYMENT BY "PAYMENT DUE BY" DATE.
THANK YOU.

Pay Online
WWW.MYMEDICALPAYMENTS.COM
1-800-355-2470   MON-FRI 9:00AM - 4:00PM

Services provided at:

**NORTHWEST HOSPITAL CENTER - 5401 OLD COURT ROAD - RANDALLSTOWN MD 21133-5103**

| Date of Service | CPT Code | Description | Provider | Charges | Payments or Adjustments | Explanation | Amount You Owe |
|---|---|---|---|---|---|---|---|
| 08/26/2014 | 99285 | EMERGENCY EVAL & MGMT (LVL 5) | DR. DEWIT | $1,125.00 | $1,125.00 | 1 | $0.00 |

1. COLLECTION BAD DEBT
THIS STATEMENT MAY NOT REFLECT ANY PAYMENTS YOU MADE AT TIME OF SERVICE.

| Total Charges: | $1,125.00 |
|---|---|
| Current Patient Responsibility: | $0.00 |

Insurance 2: OSI - COLLECTION

---

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR REMITTANCE.
Pay Online
WWW.MYMEDICALPAYMENTS.COM

| Statement Date: | 12/02/17 |
|---|---|
| Account Number: | TWN0936475054238 |
| Patient Name: | CRYSTAL LONG |

Guarantor:
 CRYSTAL LONG
 5126 SEKOTS RD
 BALTIMORE, MD 21207

| Payment Due By: | 12/22/17 |
|---|---|
| Amount Due: | $0.00 |
| Amount Enclosed: | |

PAY   $0.00   BY DUE DATE

202314093647505423800000000000000000003

If your address has changed, check this box and complete the reverse side of this form.

Make Check/Money Order payable to:

RANDALL EMERGENCY PHYSICIANS          TWN
PO BOX 13130
PHILADELPHIA, PA 19101-3130

PCP II 007

Confidential - Subject to Protective Order