# EXHIBIT A-4

**DOCUMENT REDACTED**

## Northwest Hospital Center



| RTI Information | |
|---|---|
| Chief Complaint: | SOB/CONGESTED AND WHEEZING |
| Patient Account #: | 0936475054238 |
| Document #: | 142474019582 |
| Patient Name: | CRYSTAL LONG |

| Patient | |
|---|---|
| Patient Account #: | 0936475054238 |
| Document #: | 142474019582 |
| Patient Name: | CRYSTAL LONG |
| Patient Address 1: | 5126 SEKOTS RD |
| Address 2: | |
| City/State/Zip: | BALTIMORE, MD 21207 |
| Phone - Home: | 4436273774 |
| Phone - Business: | 4103793822 |
| Patient SSN: | ▮▮▮-▮▮-7505 |
| Date of Birth: | 05/01/1985 |
| Sex: | F |
| Marital Status: | S |
| Patient Student Status: | |
| Admit Date/Time: | 08/26/2014 18:23 |

| Guarantor | |
|---|---|
| Guar. Relationship: | SELF |
| Guar. Name: | CRYSTAL LONG |
| Guar. Address1: | 5126 SEKOTS RD |
| Address2: | |
| City/State/Zip: | BALTIMORE, MD 21207 |
| Guar. Home Phone: | 4436273774 |
| Guar. Business Phone: | |
| Guar. SSN: | ▮▮▮-▮▮-7505 |
| Guarantor DOB: | 05/01/1985 |
| Guar. Sex: | F |
| Guar. Employer Name: | |
| Guar. Employer Address1: | |
| Address 2: | |
| City/State/Zip: | , |
| Guar. Employer Phone: | |

| Visit | |
|---|---|
| Chief Complaint: | SOB/CONGESTED AND WHEEZING |

Location Code: ECWR
Facility Code:
Admit Date/Time: 08/26/2014 18:23
Mode of Arrival: 9
Triage Time:
Physician Time:
Discharge Date/Time: 08/26/2014 21:02
Was Patient Admitted:
Was Patient Prev.Admitted:
Previous ER Visit:
Discharge Disposition: AA
Discharge to Location:

## Next of Kin

Name: JULIA LONG
Type:
Relationship: SIBLING
Address1:
Address2:
City/State/Zip: ,
Home Phone: 2408389258
Business Phone:
SSN:
DOB:
Sex:
Marital Status:

## Employer

Company ID:
Company Name: DEPT OF CORRECTIONS
Company Address1:
Address 2:
City/State/Zip: ,
Company Contact Person:
Company Phone: 4103793822