**T-Mobile Wi-Fi**  10:11 AM  40%

< Inbox

From: Mint
To: Crystal Long                                   Hide

**Interest rate change on Chase Bank credit card**
Yesterday at 8:29 PM



intuit mint

## Your credit card interest rate went up

The interest rate on your account CHASE SLATE changed by 0.25% from 27.99% to 28.24%. Your current balance is $1,470.85.

Contact Chase Bank to see why.
Go to https://www.chase.com/. Or apply for a card with a lower interest rate.