IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| Crystal Long | * | |
| | * | |
| Plaintiff, | * | Case No.: 8:17-cv-01955-GJH |
| | * | |
| v. | * | |
| | * | |
| Pendrick Capital Partners II, LLC, et al. | * | |
| | * | |
| Defendants. | * | |
| | * | |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

As supplemental authority in support of her Cross-Motion for Partial Summary Judgment, Plaintiff respectfully submits the attached Memorandum Opinion issued on February 22, 2019 by the Court of Appeals for the Third Circuit in *Barbato v. Greystone Alliance LLC, et al.*, No. 18-1042, 2019 U.S. App. LEXIS 5336 (3d Cir. Feb. 22, 2019). In that case, a buyer of charged-off consumer debt challenged its characterization as a debt collector under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. 1692a(6) based on its use of a third party servicer or law firm to collect on its behalf. *Id.* at 3.

The Court considered whether the debt buyer, Crown Asset Management, fell within the first prong of the FDCPA definition for debt collector as a business "any business the principal purpose of which is the collection of any debts." 15 U.S.C. § 1692a(6). The Third Circuit found that "[a]lthough Crown does not contact consumers directly, it principally derives revenue from liquidating the consumer debt it has acquired." *Barbato*, 2019 U.S. App. LEXIS 5336,at3. Accordingly, the Court concluded that "an entity that otherwise meets the "principal purpose"

1

definition cannot avoid the dictates of the FDCPA merely by hiring a third party to do its collecting." *Id.* at *3.

Dated:  Washington, DC          Respectfully submitted,
        March 8, 2019

                                          */s/ Courtney L. Weiner*
                                          Courtney L. Weiner (#19463)
                                          Law Office of Courtney Weiner PLLC
                                          1629 K Street NW, Suite 300
                                          Washington, DC 20006
                                          PH: 202-827-9980
                                          cw@courtneyweinerlaw.com


                                          Ingmar Goldson
                                          The Goldson Law Office
                                          1734 Elton Road, Suite 210
                                          Silver Spring, MD 20903
                                          Phone: 240-780-8829
                                          igoldson@goldsonlawoffice.com


                                          *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on March 8, 2019, a copy of the foregoing Notice of Supplemental Authority was served via ECF and U.S. Mail to all counsel of record.

*/s/ Courtney L. Weiner*