IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| **CRYSTAL LONG,** * | |
| Plaintiff, * | |
| v. * | Case No.: GJH-17-1955 |
| **PENDRICK CAPITAL PARTNERS II, LLC, et al.,** * | |
| Defendants. * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ordered by the United States District Court for the District of Maryland that:

1. The parties' motions to seal, ECF Nos. 47, 59, and 67 are **GRANTED**;

2. Plaintiff's Motion for Partial Summary Judgment, ECF Nos. 45 & 46, is **GRANTED** in part and **DENIED** in part, specifically:

    a. The motion is granted as to Defendant Ability's liability for violating the Fair Credit Reporting Act (FCRA) by negligently failing to conduct a reasonable investigation into Plaintiff's disputes and by reporting inaccurate verifications of the Emcare debt; and

    b. The motion is granted as to Defendant Ability's liability for §1692e violations of the Fair Debt Collection Practices Act (FDCPA).

    c. The motion is denied as to the amount of actual damages Plaintiff experienced for Defendant Ability's negligent FCRA violations, Defendant Ability's liability for willful FCRA violations and violations under § 1681s-2(a), FDCPA violations under §1692f, and Defendant Pendrick's vicarious liability under the FDCPA.

3. Defendant Pendrick's Cross Motion for Summary Judgment, ECF Nos. 55 & 60, is **GRANTED** in part and **DENIED** in part, specifically:

    a. The motion is granted as to Plaintiff's defamation, Maryland Consumer Debt Collection Act (MCDCA), and Maryland Consumer Protection Act claims against Defendant Pendrick; and

b. The motion is denied as to Plaintiff's FDCPA claim against Defendant Pendrick.

4. Defendant Ability's Cross Motion for Summary Judgment, ECF No. 57, is **GRANTED** in part and **DENIED** in part, specifically:

    a. The motion is granted to the extent that Plaintiff seeks to maintain claims under the FCRA § 1681s-2(a) and on Plaintiff's MCDCA § 14-202(8) claim.

    b. The motion is denied as to all other issues.

5. The parties are directed to contact chambers to schedule a date for a status call.

Dated: March 18, 2019                              /s/_____
                                                   GEORGE J. HAZEL
                                                   United States District Judge