**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

JILLYN K. SCHULZE
UNITED STATES MAGISTRATE JUDGE

6500 CHERRYWOOD LANE
SUITE 400
GREENBELT, MARYLAND 20770
(301) 344-0630

April 17, 2019

**FILED VIA CM/ECF**

ALL COUNSEL OF RECORD

    Re:   *Long v. Pendrick Capital Partners II, LLC, et al.*
            Civil Action No. GJH-17-1955

Dear Counsel:

Please be advised that a settlement conference in the above-captioned case has been scheduled for **Wednesday, June 5, 2019 at 2:00 p.m.** The settlement conference will be held in my chambers (Suite 400) in the Greenbelt Courthouse (6500 Cherrywood Lane, Greenbelt, Maryland 20770). It is essential that the parties, or in the case of a corporation or partnership, an officer or other representative with complete authority to enter into a binding settlement, be present in person. Attendance by the attorney for a party is <u>not</u> sufficient. *See* Local Rule 607.3.

No later than **Wednesday, May 22, 2019**, I would like to receive from each party a short letter candidly setting forth the following:

1. Facts you believe you can prove at trial;

2. The major weaknesses in each side's case, both factual and legal;

3. An evaluation of the maximum and minimum damage awards you believe likely;

4. The history of any settlement negotiations to date; and

5. Estimate of attorney's fees and costs of litigation through trial.

Please submit *ex parte* letters by email to MDD_JKSchambers@mdd.uscourts.gov. If the documents are more than 15 pages, please have a hard copy delivered. The letters will be solely for my use in preparing for the settlement conference. I also will review the pleadings in the court file. Additionally, if you want me to review any case authorities that you believe are critical to your evaluation of the case, please identify. If you want me to review any exhibits or deposition excerpts, please attach a copy to your letter.[1]

---

[1] Please note that the American Bar Association Standing Committee on Ethics and Professional Responsibility has issued a Formal Opinion (No. 93-370) that precludes a lawyer, ABSENT INFORMED CLIENT CONSENT, from revealing to a judge the limits of the lawyer's settlement authority or the lawyer's advice to the client regarding settlement. The opinion does not preclude a judge, in seeking to facilitate a settlement, from inquiring into those matters. Therefore, please discuss these items with your client before appearing for the settlement conference.

*Long v. Pendrick Capital Partners II, LLC, et al.*
Civil Action No. GJH-17-1955
Page 2

      The settlement conference process will be confidential and disclosure of confidential dispute resolution communications is prohibited.  *See* 28 U.S.C. § 652(d); Local Rule 607.4.

      Please note, wireless internet access is now available to members of the Bar of this Court while in the Greenbelt Courthouse.  If you have not previously registered to use the Attorney Wi-Fi, you may do so on the day of the settlement conference in the Clerk's Office on the second floor of the Courthouse.  The registration process will take approximately 15 minutes so please arrive at the Courthouse sufficiently in advance of the settlement conference.

      Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

      Very truly yours,

      /s/
      Jillyn K. Schulze
      United States Magistrate Judge

cc:  Sharon Townsend