### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### SOUTHERN DIVISION

| | |
|---|---|
| Crystal Long | * |
| | * |
| Plaintiff, | *   Case No.: 8:17-cv-01955-GJH |
| | * |
| v. | * |
| | * |
| Pendrick Capital Partners II, LLC, et al. | * |
| | * |
| Defendants. | * |
| | * |

## CONSENT MOTION TO AMEND DISMISSAL ORDER

COMES NOW the Plaintiff, Crystal Long, by and through the undersigned counsel, hereby serve her Consent Motion to Amend Dismissal Order, and as grounds in support thereof state as follows:

1. On June 5, 2019, the parties in the above-captioned matter engaged in mediation with Magistrate Judge Jillyn Schulze.

2. The parties reached a settlement in principal.

3. On June 10, 2019, this Court issued an Order pursuant to Local Rule 111 dismissing the case and providing for 30 days to reopen the matter if the settlement was not consummated (the "Order").

4. Under the agreed terms, the settlement will not be consummated in full until approximately 120 days from the date of the Order.

5. Accordingly, Plaintiff respectfully requests that the Order be amended to provide for 120 days to reopen the action if the settlement is not consummated within that time.

1

6. Defendants consent to this Motion.

Dated: Washington, DC  
June 11, 2019

Respectfully submitted,

*/s/ Courtney L. Weiner*  
Courtney L. Weiner (#19463)  
Law Office of Courtney Weiner PLLC  
1629 K Street NW, Suite 300  
Washington, DC 20006  
PH: 202-827-9980  
cw@courtneyweinerlaw.com

Ingmar Goldson  
The Goldson Law Office  
1734 Elton Road, Suite 210  
Silver Spring, MD 20903  
Phone: 240-780-8829  
igoldson@goldsonlawoffice.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on June 11, 2019, a copy of the foregoing Motion was sent via ECF to all counsel of record.

*/s/ Courtney L. Weiner*